

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

June 17, 2016

Mr. Scott A. Brister
Andrews Kurth LLP
111 Congress Avenue, Suite 1700
Austin, TX 78701
\* DELIVERED VIA E-MAIL \*

Mr. Mark R. Steiner
Jackson Walker, L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75202
\* DELIVERED VIA E-MAIL \*

RE:     Case Number:  14-0539
        Court of Appeals Number:  05-11-01730-CV
        Trial Court Number:  11-04339

Style:   CORNERSTONE HEALTHCARE GROUP HOLDING, INC.
         v.
         NAUTIC PARTNERS VI, L.P., RELIANT SPLITTER, L.P., AND KENNEDY PLAZA
         PARTNERS VI, L.P.

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at:  http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.  The Emergency Motion to Seal is dismissed as moot.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Mr. Patrick F. Philbin (DELIVERED VIA E-MAIL)
        Michael Brohm (DELIVERED VIA E-MAIL)
        Mr. Manuel Diaz (DELIVERED VIA E-MAIL)
        Mr. Ralph Ritch Roberts III (DELIVERED VIA E-MAIL)
        Mr. John Michael Helms Jr. (DELIVERED VIA E-MAIL)
        Mr. Mark W. Bayer (DELIVERED VIA E-MAIL)
        Mr. Cliff Aycock, Jr. (DELIVERED VIA E-MAIL)
        Mr. Keith A. Clouse (DELIVERED VIA E-MAIL)
        Mr. Ryan Patrick Brohm (DELIVERED VIA E-MAIL)
        Mr. Jonathan C. LaMendola (DELIVERED VIA E-MAIL)
        Ms. Lisa Matz (DELIVERED VIA E-MAIL)
        Mr. Gary Fitzsimmons (DELIVERED VIA E-MAIL)